UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-49-FtM-38CM

JOVON ANTOINE MCCLURES
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for Springfield Armory .40 Pistol, Geneseo, IL, Model XD, serial number: US351078 and (2) three rounds of .40 caliber Aguila ammunition.

Being fully advised in the relevant facts, the Court finds as follows:

The defendant has been found guilty of Count One of the indictment charging possession of a firearm or ammunition by a convicted felon offense.

The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. The government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**ORDERED** in Fort Myers, Florida, this 6th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record